UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **EDCV 25-2712 JGB (MBKx)** | Date | January 28, 2026 |
|---|---|---|---|
| Title | *Bridget Botto v. Michael Aram Retail LLC* | | |

Present: The Honorable   JESUS G. BERNAL, UNITED STATES DISTRICT JUDGE

| MAYNOR GALVEZ | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    Order to Show Cause re Dismissal for Lack of Prosecution
(IN CHAMBERS)**

On October 15, 2025, plaintiff Bridget Botto ("Plaintiff") filed a complaint against defendant Michael Aram Retail LLC ("Defendant").  ("Complaint," Dkt. No. 1.)

Absent a showing of good cause, an action must be dismissed without prejudice if the summons and complaint are not served on a defendant within 90 days after the complaint is filed.  Fed. R. Civ. Proc. 4(m).  Generally, defendants must answer the complaint within 21 days after service (60 days if the defendant is the United States).  Fed R. Civ. Proc. 12(a)(1).

Here, it appears that one or more of these time periods has not been met as no proof of service has been filed.  Accordingly, the Court, on its own motion, orders Plaintiff to show cause in writing on or before **February 5, 2026** why this action should not be dismissed for lack of prosecution.  Pursuant to Rule 78 of the Federal Rules of Civil Procedure, the Court finds that this matter is appropriate for submission without oral argument.  Failure to adequately respond to this order will result in the dismissal of this case.

**IT IS SO ORDERED.**